Count I, 40 years; Count II, 10 years; Consecutive; DANGEROUS; Ineligible for Parole; imposed on June 17, 1983, was fully heard and after a careful consideration of the entire matter it is decided that: the sentence shall be amended to Count I, Sexual Intercourse Without Consent, 40 years; Count II, Aggravated Kidnaping, 10 years; the two sentences shall be served consecutively and the Defendant shall be designated as DANGEROUS.

This Court finds no reasons for the Defendant to receive an Ineligible for Parole Designation but finds that the time imposed for the sentence was proper and just considering the circumstances of the crime.

Due, however, to the mental abilities of the Defendant it is the recommendation of this Board that if some other suitable institution other than the prison can be utilized we desire that he be transferred to said institution to serve out his term.

We wish to thank Mark Werner of the Montana Defender Project for his assistance to the defendant and this Court.

DATED this 6th day of January, 1984.

## SENTENCE REVIEW DIVISION

Joseph B. Gary, Mark Sullivan, John Henson

From: The District Court of the Sixteenth Judicial District, County of Garfield, STATE OF MONTANA, Plaintiff, vs. JOHN CURTIS PATTERSON, Defendant.

## DECISION

No. 212

The application of the above-named defendant for a review of the sentence of 5 years imposed on July 5, 1983, was fully heard and after a careful consideration of the entire matter it is decided that: the sentence shall be amended to 5 years with 3 years suspended and the Defendant shall be under the Supervision of the Department of Adult Probation and Parole for the suspended portion of this sentence.

The amendment is based on the grounds that this is the Defendant's first adult felony offense, and his age at the time of the crime.

The Defendant came from a broken home and had a bad family environment which has caused him to lead a fragmented life. This Board finds that a long period of incarceration is not in the best interest for this individual.

HON. MARK B. SULLIVAN DISSENTS: He would recommend 4 years with 3 years suspended as suggested by the Probation Officer.

We wish to thank Wendy Holton of the Montana Defender Project for her assistance to the Defendant and to this Court.

DATED this 6th day of January, 1984.

## SENTENCE REVIEW DIVISION

Joseph B. Gary, Mark B. Sullivan, John S. Henson